UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

MCKENZIE, ROBERT G.
MCKENZIE, JANET S.

Case No. 09-15105-MAM-7

Debtor(s)

## SUPPLEMENTAL TRUSTEE'S REPORT OF DIVIDENDS

**CLAIM CATEGORY:** Unsecured

**PERCENT OF DIVIDEND:** .4406670

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM ALLOWED | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|

SEE ATTACHED PROPOSED DISTRIBUTION SHEET.

DATE: April 11, 2013

/s/ Lynn Harwell Andrews
LYNN HARWELL ANDREWS, Trustee

REVIEWED BY
U.S. BANKRUPTCY ADMINISTRATOR'S OFFICE

SIGNED: _Tracy M Faircloth_
DATE: 4.15.13

# PROPOSED DISTRIBUTION

Case Number: 09-15105    MAM  
Debtor Name: MCKENZIE, ROBERT G. \ MCKENZIE, JANET S.  
Page 1  
Date: April 11, 2013

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $246.77 |
| | **Claim Type -** | | | | | | | |
| | LYNN HARWELL ANDREWS COMPENSATION | Admin | | $2,615.36 | $2,615.36 | $0.00 | $0.00 | $246.77 |
| | LYNN HARWELL ANDREWS EXPENSES | Admin | | $35.60 | $35.60 | $0.00 | $0.00 | $246.77 |
| | LYNN HARWELL ANDREWS PRIOR CHAPTER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $246.77 |
| | LYNN HARWELL ANDREWS PRIOR CHAPTER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $246.77 |
| | **Subtotal For Claim Type** | | | $2,650.96 | $2,650.96 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative  100.00000 % | | | $2,650.96 | $2,650.96 | $0.00 | $0.00 | |
| | **Claim Type UPT - UNSECURED PRIORITY TAXES** | | | | | | | |
| 000008A | Internal Revenue Service  P. O. Box 21126  Philadelphia, PA 19114 | Priority | 066 | $0.00 | $0.00 | $0.00 | $0.00 | $246.77 |
| | **Subtotal For Claim Type UPT** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Subtotals For Class Priority  0.00000 % | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000001 | DISCOVER BANK  DFS Services LLC  PO Box 3025  New Albany, Ohio 43054-3025 | Unsec | 070 | $3,003.39 | $1,303.09 | $1,700.30 | $20.40 | $226.37 |
| 000002 | AMERICAN INFOSOURCE LP  AS AGENT FOR  T MOBILE/T-MOBILE USA INC  PO Box 248848  Oklahoma City, OK 73124-8848 | Unsec | 070 | $507.73 | $220.29 | $287.44 | $3.45 | $222.92 |
| 000003 | JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 7999  ST CLOUD MN 56302 | Unsec | 070 | $1,898.99 | $823.92 | $1,075.07 | $12.90 | $210.02 |

Case 09-15105    Doc 129    Filed 04/17/13    Entered 04/17/13 19:47:06    Desc Main
Document      Page 2 of 4

PROPDIS4
Printed: 04/15/13 10:54 PM    Ver: 17.01

# PROPOSED DISTRIBUTION

| Case Number: 09-15105   MAM | Page 2 | Date: April 11, 2013 |
|---|---|---|
| Debtor Name: MCKENZIE, ROBERT G. \ MCKENZIE, JANET S. | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000004 | Green Tree Servicing LLC<br>7360 S. Kyrene Rd<br>Recovery Dept T120<br>Tempe, AZ 85283 | Unsec | 070 | $12,190.25 | $5,289.00 | $6,901.25 | $82.85 | $127.17 |
| 000006 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Unsec | 070 | $1,089.28 | $472.61 | $616.67 | $7.40 | $119.77 |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsec | 070 | $115.43 | $50.08 | $65.35 | $0.78 | $118.99 |
| 000008B | Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $118.99 |
| 000010 | South Baldwin Regional Medical Center<br>c/o Michael I. Mossman, Attorney at Law<br>P.O. Box 330129<br>Nashville, TN 37203-7501 | Unsec | 070 | $7,184.86 | $3,117.31 | $4,067.55 | $48.82 | $70.17 |
| 000011 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541 | Unsec | 070 | $1,060.94 | $460.31 | $600.63 | $7.21 | $62.96 |
| 000013 | Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsec | 070 | $3,957.45 | $1,717.03 | $2,240.42 | $26.89 | $36.07 |
| 000014 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsec | 070 | $4,740.78 | $2,056.89 | $2,683.89 | $32.22 | $3.85 |
| 000015 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083 | Unsec | 070 | $565.46 | $245.33 | $320.13 | $3.85 | $0.00 |

Proposed Distribution

# PROPOSED DISTRIBUTION

| Case Number: 09-15105    MAM | Page 3 | Date: April 11, 2013 |
|---|---|---|
| Debtor Name: MCKENZIE, ROBERT G. \ MCKENZIE, JANET S. | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| | Charlotte, NC 28272-1083 | | | | | | | |
| | **Subtotal For Claim Type UC** | | | $36,314.56 | $15,755.86 | $20,558.70 | $246.77 | |
| | Subtotals For Class Unsecured | 44.06670 % | | $36,314.56 | $15,755.86 | $20,558.70 | $246.77 | |
| << Totals >> | | | | $38,965.52 | $18,406.82 | $20,558.70 | $246.77 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.